LE CREC & LE CREC LLP
Christopher R. LeClerc (SBN 233479) chris@leclreclaw.com
235 Montgomery Street, Suite 1019
San Francisco, CA 94105
Telephone:    (415) 445-0900
Facsimile:    (415) 445-9977

Attorneys for Plaintiff
DANIELLE CUMMINGS-REED

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
Pritee K. Thakarsey (SBN 266168) pthakarsey@seyfarth.com
Robin E. Devaux (SBN 233444) rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
UNITEDHEALTH GROUP INCORPORATED
(erroneously sued as United Health Group)
and OPTUM360 SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CUMMINGS-REED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTH GROUP; OPTUM30 SERVICES, INC., and DOES 2 through 50, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-02359-JAM-AC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT**<br><br>Complaint Filed:  October 7, 2015<br><br>Dept.:    Courtroom 6, 14th Floor<br>Judge:    Hon. John A. Mendez |

Pursuant to Rule 143 of the Civil Local Rules for the United States District Court in the Eastern District of California, the Parties to the above entitled action, Plaintiff Danielle Cummings-Reed ("Plaintiff") and Defendant Optum360 Services, Inc. ("Defendant" or "Optum360") (Plaintiff and Defendants collectively referred to herein as "the parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

WHEREAS, on November 13, 2015, the Court issued an Order that the parties conduct a Rule 26(f) Conference and file Joint Status Report within sixty (60) of the removal of this action to Federal Court.

WHEREAS, the parties Joint Status Report was due on January 12, 2016.

WHEREAS, on December 14, 2015, Defendant filed its motion to compel arbitration, which was to be heard on January 26, 2016.

WHEREAS, on December 28, 2015, the Court granted Defendant's *ex parte* application to continue the deadline to conduct a Rule 26(f) Conference and file Joint Status Report to February 12, 2016.

WHEREAS, on January 13, 2015, the Court dismissed Defendant's Motion to Compel Arbitration without prejudice and ordered that Defendant meet and confer with Plaintiff, preferably in person, prior to filing its Motion to Compel Arbitration.

WHEREAS, on February 9, 2015, after meeting and conferring with Plaintiff's counsel in person, Defendant re-filed its Motion to Compel Arbitration, which will be heard on March 22, 2016.

WHEREAS, Defendant would like to continue the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until after the Court has determined whether the matter will be submitted to arbitration.

WHEREAS, Defendant's position is that continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until after March 22, 2016, will prevent the parties from incurring undue time and expense if the matter is submitted to arbitration.

WHEREAS, Plaintiff does not believe that there is an enforceable agreement to arbitrate this dispute, yet nevertheless is willing to continue the deadline for completing the Rule 26 conference to maintain the status quo until Defendant's motion may be heard by the Court.

2

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

WHEREAS, the parties have met and conferred and agree to continue the deadline to conduct the Rule 26(f) Conference and file a Joint Status Report until April 8, 2016.

WHEREAS, continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until April 8, 2016 will not result in any change to any other applicable case deadline.

**NOW THEREFORE**, all parties hereto stipulate and agree that the Court may enter an Order continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until April 8, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 9, 2016         LE CREC & LE CREC LLP

By:      */s/ Christopher R. LeClerc*
         Christopher R. LeClerc
Attorney for Plaintiff
DANIELLE CUMMINGS-REED

*Attorney for plaintiff agreed with the contents of this document and authorized the filer to use his electronic signature.*

DATED: February 9, 2016         SEYFARTH SHAW LLP

By:      */s/ Pritee K. Thakarsey*
         Laura Maechtlen
         Robin E. Devaux
         Pritee K. Thakarsey
Attorneys for Defendants
UNITEDHEALTH GROUP INCORPORATED
(erroneously sued as United Health Group)
and OPTUM360 SERVICES, INC.

3

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline to conduct a Rule 26(f) Conference and file Joint Status Report is continued until April 8, 2016.

**IT IS SO ORDERED.**


DATED: 2/9/2016                    /s/ John A. Mendez
                                   Hon. Judge John A. Mendez
                                   United States District Court Judge

4

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

24438664v.3 / 023845-000802