LE CREC & LE CREC LLP
Christopher R. LeClerc (SBN 233479) chris@leclreclaw.com
235 Montgomery Street, Suite 1019
San Francisco, California 94105
Telephone:   (415) 445-0900
Facsimile:   (415) 445-9977

Attorneys for Plaintiff
DANIELLE CUMMINGS-REED

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
Pritee K. Thakarsey (SBN 266168) pthakarsey@seyfarth.com
Robin E. Devaux (SBN 233444) rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendants
UNITEDHEALTH GROUP INCORPORATED
(erroneously sued as United Health Group)
and OPTUM360 SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CUMMINGS-REED, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTH GROUP; OPTUM30 SERVICES, INC., and DOES 2 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02359-JAM-AC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT**<br><br>Complaint Filed: October 7, 2015<br><br>Dept.:   Courtroom 6, 14th Floor<br>Judge:  Hon. John A. Mendez |

　　　　Pursuant to Rule 143 of the Civil Local Rules for the United States District Court in the Eastern District of California, the Parties to the above entitled action, Plaintiff Danielle Cummings-Reed ("Plaintiff") and Defendant Optum360 Services, Inc. ("Defendant" or "Optum360") (Plaintiff and Defendants collectively referred to herein as "the parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

WHEREAS, on November 13, 2015, Defendant filed its motion to compel arbitration, which was scheduled for hearing on March 22, 2016.

WHEREAS, on March 16, 2016, the Court issued a minute order informing the parties that Defendant's motion to compel arbitration is ordered submitted without appearance and without oral argument pursuant to Local Rule 230(g).

WHEREAS, the date of this stipulation, the Court has not issued an Order regarding Defendant's motion to compel arbitration.

WHEREAS, the parties Joint Status Report is due on April 8, 2016.

WHEREAS, Defendant would like to continue the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until after the Court has determined whether the matter will be submitted to arbitration.

WHEREAS, Defendant's position is that continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until after March 22, 2016, will prevent the parties from incurring undue time and expense if the matter is submitted to arbitration.

WHEREAS, Plaintiff does not believe that there is an enforceable agreement to arbitrate this dispute, yet nevertheless is willing to continue the deadline for completing the Rule 26 conference to maintain the status quo until Defendant's motion may be decided the Court.

WHEREAS, the parties have met and conferred and agree to continue the deadline to conduct the Rule 26(f) Conference and file a Joint Status Report until May 1, 2016 or any date thereafter convenient for the Court.

WHEREAS, continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until after Defendant's motion to compel arbitration is decided by the Court will not result in any change to any other applicable case deadline.

2

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

**NOW THEREFORE**, all parties hereto stipulate and agree that the Court may enter an Order continuing the deadline to conduct a Rule 26(f) Conference and file a Joint Status Report until May 1, 2016 or any date thereafter convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 7, 2016                                  LE CREC & LE CREC LLP

By: _____*/s/ Christopher R. LeClerc*_____
    Christopher R. LeClerc
Attorney for Plaintiff
DANIELLE CUMMINGS-REED

*Attorney for plaintiff agreed with the contents of this document and authorized the filer to use his electronic signature.*

DATED: April 7, 2016                                  SEYFARTH SHAW LLP

By: _____*/s/ Pritee K. Thakarsey*_____
    Laura Maechtlen
    Robin E. Devaux
    Pritee K. Thakarsey
Attorneys for Defendants
UNITEDHEALTH GROUP INCORPORATED
(erroneously sued as United Health Group)
and OPTUM360 SERVICES, INC.

3

JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND SUBMIT JOINT STATUS REPORT / CASE NO. 2:15-CV-02359-JAM-AC

# **ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline to conduct a Rule 26(f) Conference and file Joint Status Report is continued until May 6, 2016.

**IT IS SO ORDERED.**

DATED: 4/7/2016                                            /s/ John A. Mendez_____
                                                           Hon. Judge John A. Mendez
                                                           United States District Court